# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00030-MMD-CSD |
| Plaintiff, | **Order Granting  Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| JOSE LUIS ARMAS-RODRIGUEZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Jose Luis Armas-Rodriguez.

SIGAL CHATTAH
Acting United States Attorney

 /s/  Andrew Keenan
ANDREW KEENAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 7th day of November, 2025.

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE